**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| DANIEL ANDERSEN | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 16-cv-1963 |
| v. | ) |
| | ) Judge Virginia M. Kendall |
| THE CITY OF CHICAGO, et al. | ) |
| | ) Magistrate Judge Maria Valdez |
| Defendants. | ) |
| | ) **JURY TRIAL DEMANDED** |

**NOTICE OF MOTION**

To: **All Counsel of Record**

     Please take notice that on Tuesday, January 9, 2018 at 10:15 a.m., counsel for Plaintiff shall appear before Judge Valdez in the Courtroom usually occupied by her at 219 S. Dearborn, Chicago, Illinois, and present Plaintiff's Motion to Compel Defendants to Comply with Federal Rule of Civil Procedure 26 and Narrow Their Rule 26(a)(1) Disclosures.

                                                   /s/ Heather Lewis Donnell
                                                 *One of Plaintiff's Attorneys*

Jon Loevy
Roshna Bala Keen
Heather Lewis Donnell
Josh Tepfer
Elliot Slosar
LOEVY & LOEVY
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607

## **CERTIFICATE OF SERVICE**

  I, Heather Lewis Donnell, an attorney, hereby certify that on January 4, 2018, I filed the foregoing Notice of Motion via the Court's CM/ECF system, which effected service on all Counsel of Record.

                  /s/ Heather Lewis Donnell
                  *One of Plaintiff's Attorneys*