UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Daniel Andersen

                        Plaintiff,

v.                                                             Case No.: 1:16–cv–01963
                                                                           Honorable Virginia M. Kendall

The City of Chicago, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 16, 2018:

      MINUTE entry before the Honorable Virginia M. Kendall. Motion hearing held on 4/16/2018. Defendants' Motion for extension of time to complete discovery and to move trial date [226] is granted. End of Fact Discovery is extended and ordered closed by 8/31/2018. End of Fact Discovery Status hearing set for 9/12/2018 at 9:00 AM. Expert Discovery ordered closed by 1/31/2019. Dispositive Motions with supporting memoranda shall be filed by 4/1/2019. Response due by 4/29/2019. Reply due by 5/13/2019. Jury Trial (4 weeks) set to begin 9/9/2019 at 9:15 AM. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.