## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DANIEL ANDERSEN ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 16-cv-1963 |
| v. ) | |
| ) | Judge Virginia M. Kendall |
| THE CITY OF CHICAGO, et al. ) | |
| ) | Magistrate Judge Maria Valdez |
| Defendants. ) | |
| ) | **JURY TRIAL DEMANDED** |

### NOTICE OF MOTION

To: **All Counsel of Record**

    Please take notice that on Wednesday, June 27, 2018 at 9:00 a.m., counsel for Plaintiff shall appear before Judge Kendall in the Courtroom usually occupied by her at 219 S. Dearborn, Chicago, Illinois, and present Parties' Joint Motion to Extend Expert Discovery.

                                                       /s/ Heather Lewis Donnell
                                                       *One of Plaintiff's Attorneys*

Jon Loevy
Roshna Bala Keen
Heather Lewis Donnell
Josh Tepfer
Elliot Slosar
LOEVY & LOEVY
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607

## **CERTIFICATE OF SERVICE**

      I, Heather Lewis Donnell, an attorney, hereby certify that on June 22, 2018, I filed the foregoing Notice of Motion via the Court's CM/ECF system, which effected service on all Counsel of Record.

      /s/ Heather Lewis Donnell
*One of Plaintiff's Attorneys*