## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DANIEL ANDERSEN, )<br>)<br>Plaintiff, )<br>) Case No. 16-cv-1963<br>v. )<br>) Judge Virginia M. Kendall<br>THE CITY OF CHICAGO, et al. )<br>) Magistrate Judge Maria Valdez<br>Defendants. )<br>) **JURY TRIAL DEMANDED** | |

## NOTICE OF MOTION

To: **All Counsel of Record**

     Please take notice that on Thursday, August 2, at 10:15 a.m., counsel for Plaintiff shall appear before Judge Maria Valdez in the Courtroom usually occupied by her at 219 S. Dearborn, Chicago, Illinois, and present Plaintiff's Motion to File Under Seal Motion for Protective Order Pursuant to Federal Rule of Civil Procedure 26(c)(1)(d) and Plaintiff's Sealed Motion for Protective Order Pursuant to Federal Rule of Civil Procedure 26(c)(1)(d).

                                            /s/ Heather Lewis Donnell
                                            *One of Plaintiff's Attorneys*

Jon Loevy
Roshna Bala Keen
Heather Lewis Donnell
Josh Tepfer
Elliot Slosar
LOEVY & LOEVY
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607

## **CERTIFICATE OF SERVICE**

I, Heather Lewis Donnell, an attorney, hereby certify that on July 30, 2018, I filed the foregoing Notice of Motion via the Court's CM/ECF system, which effected service on all Counsel of Record.

/s/ Heather Lewis Donnell
*One of Plaintiff's Attorneys*