*CURRICULUM VITAE*
*of*
# RICHARD J. BRZECZEK

Richard J. Brzeczek, President
Consultants on Police Science, Inc.
3450 South Ocean Blvd.
Palm Beach, Florida  33480
(312) 446-6439
Richard@cops-ltd.com
www.cops-ltd.com

**EDUCATIONAL BACKGROUND**
    Loyola University (B.S., 1965)
    Illinois Institute of Technology (M.P.A., 1968)
    John Marshall Law School (J.D., 1972)
        (Admitted to Practice, Illinois, 1972 – Member of the Trial Bar, United States
        District Court for the Northern District of Illinois)
    Federal Bureau of Investigation Academy, National Executive Institute (Graduate, 1980)

**EMPLOYMENT EXPERIENCE**
    **Chicago Police Department (1964-1983)**
        Superintendent of Police (January, 1980 – April, 1983
        Office of the Superintendent (1973-1980) – Executive Assistant to the
          Superintendent, Legal Counsel to the Superintendent and Chief of Staff
        Organized Crime Division (1973) – Lieutenant/Commanding Officer
        Bureau of Inspectional Services (1972-1973) – Sergeant & Lieutenant – Lead
          investigator conducting investigations of misconduct among IA personnel
        Detective Division (1970-1972) – Sergeant
        Youth Division (1966-1970) – Youth Officer
        Office of the Superintendent (1965-1966) – assigned to personal staff of
          Supt. O.W. Wilson
        Patrol Division (1964-1965) – Police Officer

                ****************************

**Levy & Erens** (1983-1985) – partner in a commercial litigation,
    Bankruptcy and real estate law firm

**Richard J. Brzeczek Ltd.** (1985-2016) – private practice of law
    concentrating primarily in criminal defense but also experience in
    civil trials and administrative hearings – the criminal and civil practice
    was in the state and federal courts and included jury trials– argued cases on
    appeal in the state and federal courts.

**Consultants on Police Science, Inc.** (1998 – present) – president of firm that
    provides expert witness, consulting and teaching/instructional services regarding



police administration and procedures, investigating police misconduct, police leadership, and *Code of Silence* issues.

**University of Louisville – School of Justice Administration – Southern Police Institute** (1977- 2006) – adjunct lecturer on the law of investigating police misconduct and legal applications of conducting internal investigations.

**Federal Bureau of Investigation – National Executive Institute** – Guest lecturer – Use of Force/Use of Deadly Force – the law, policy and investigative issues

**Federal Bureau of Investigation – National Academy** - Guest Lecturer – the law of investigating police misconduct and legal applications of conducting internal investigations.

**Harvard University – The John F. Kennedy School of Government** – Guest lecturer - Seminar discussions on police policy matters with James Q. Wilson.

**Harvard Law School** – Guest Lecturer on current policies and legal application.

**University of Chicago Law School** – Police and the Law – seminar discussions conducted jointly with Norval Morris, *The Julius Kreeger professor of Law and Criminology*

**Northwestern University Center for Public Safety** (formerly The Northwestern University Traffic Institute) – **School of Police and Command Staff** – Guest lecturer – the law of investigating police misconduct and legal applications of conducting internal investigations

**Forensic Expert Witness Association (FEWA)** – Professional Member – vetted and certified as an expert witness based on prior trial and deposition testimony.

**Illinois State Bar Association** – Retired member.

Current: As of June 23, 2018