POLY

CHICAGO POLICE DEPARTMENT
CRIMINALISTICS DIVISION
1121 SOUTH STATE STREET, CHICAGO, ILLINOIS 60605

# LABORATORY REPORT

22 January 1980
RD B-025267

Re: Case No. 80-500037
Kathy Trunko
Homicide

On 21 January 1980 Robert LaGace was brought into the laboratory by Investigators Bedran and Rochowicz of Area 3, Homicide. This subject was to be given a polygraph examination in connection with the above captioned crime which occurred on 19 January 1980 at 4936 S. Paulina.

Robert LaGace was given four polygraph tests. This subject's polygraph records were erratic to the extent that the examiner is prevented from rendering a decision regarding his status in this investigation.

In addition, it is suggested that he be re-examined on a future date if the investigators deem it advisable.

John Stout
Examiner

pm

CPD-33.324 (9/72)

21 JAN 80
1815 hrs.

**POLYGRAPH CASE REPORT**

CRIMINALISTICS DIVISION

CHICAGO POLICE

OUT 21 Jan 80.
2000 hr.

| | |
|---|---|
| NO. | 500037 |
| OFFENSE | Homicide |
| R.D. NO. | B-025267 |
| VICTIM | KATHY TRUNKO |
| | Stab wounds - Chest |
| PLACE | 4936 S. Paulina |
| DATE | 19 JAN 80 |
| TIME | 2230 P.M. |

| SUBJECT | ADDRESS | SEX M | SEX F | RACE | AGE |
|---|---|---|---|---|---|
| BERT LAGACE | 4957 S. Ashland | X | | W | 23 |

| INVESTIGATOR | AGENCY |
|---|---|
| BEDRAN & ROCHOWICZ | A-3 Homicide |

REMARKS:

S in tavern w/ his girlfriend @ [illegible] pm. She called V - to see if she wanted to come to tavern - V no going to get [illegible] next floor.

[illegible] V [illegible] - [illegible] friends [illegible] a [illegible] by "corner" [illegible] - [illegible] looking for her. - [illegible] didn't see her.

S [illegible] to have [illegible] on V. -

V - 5006 Paulina -

[illegible]

D 33.500 (REV. 9/73)

RFC-Andersen 000086

) Past X — M+M Grocery — Stock Work — 5058 S. Ashland. + Some Painting + Carpentry.

) (–) 3) (–) See if [illegible] did it her well.

[illegible] – [illegible] + [illegible] (John Ryan) —

V – was Jimmy Charles [illegible]

[illegible] were at J.J.'s. She showed [illegible] few card tricks – She was pretty good. – She was w/ Jim Charles.

16.) Hung. Get what they [illegible] –

17.) I want to help solve – 12.) No idea.

Crime — V.U.W. —

@ 10 P.M. – 5[illegible] Ashland, Date, –

My girlfriend called – [illegible] [illegible] like [illegible] [illegible] out. [illegible] Diaz. – [illegible] [illegible] could barely hear her. Diane still talking [illegible] Came. Didn't [illegible] [illegible] found [illegible] pulled over – [illegible] Wood – [illegible] back & Diane said she (V) not coming out [illegible] Danny – Eugene + [illegible] 69 Blk/[illegible] Chicago.

[illegible] day – [illegible] went to Jack – Ricardo – was there too.

RFC-Andersen 000088

**POLYGRAPH EXAMINER'S QUESTION SHEET** / CRIMINALISTICS DIVISION CHICAGO POLICE DEPARTMENT

23-S - 4957 S [illegible]

TEST NO. (N) | SUBJECT Robert LAGACE | DATE DAY 21 MONTH Jan YEAR 80 | CASE NO. B-025267

OBSERVATIONS PRIOR TO EXAMINATION

Dog bite 1 week ago OK

Med (−) [illegible] (−) [illegible] (−)

Hos (−) [illegible] (−) 3 hrs. Sleep (+) feel OK (+)

QUESTIONS

1. N (+)
2. C21? (+)
3. DY see Kathy Trunko near 59th & Paulina @ 10:50 p.m. Sat nite? (−)
4. Reg? (+)
5. DY intend Kathy Trunko causing her death? (−)
6. (CA) Sex crime? (−) Use weapon [illegible]? (−)
7. Sol? (+)
8. DY know who killed Kathy Trunko? (−)
9. DYK what weapon is used to [illegible] the Trunko? 
10. DY lie to police [illegible] the [illegible]? (−)
11.