### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **DANIEL ANDERSEN,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No. 16 CV 1963** |
| v. | ) | |
| | ) | |
| **CITY OF CHICAGO, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF FILING

To:    Attorneys of Record

    YOU ARE HEREBY NOTIFIED that on October 25, 2019, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Defendants' Motion to Bar Richard Brzeczek, a copy of which is attached hereto.

                                                                /s/ Borkan & Scahill, Ltd.
                                                                 BORKAN & SCAHILL, LTD.

Steven B. Borkan (6193463)
Timothy P. Scahill (6287296)
BORKAN & SCAHILL, LTD.
Two First National Plaza
20 South Clark Street, Suite 1700
Chicago, Illinois 60603
(312) 580-1030

    I certify that I served this Notice by electronically mailing a copy to each person to whom it is directed at the address above indicated by using the CM/ECF system on October 25, 2019.

                                                                 /s/ Timothy P. Scahill
                                                                     Timothy P. Scahill