xIN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL ANDERSEN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 16-cv-1963 |
| v. | ) | |
| | ) | Judge Virginia M. Kendall |
| THE CITY OF CHICAGO, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | JURY TRIAL DEMANDED |

**INDEX EXHIBITS TO PLAINTIFF'S MOTION *IN LIMINE***

| | |
|---|---|
| Exhibit 1 | Defendants' Thirteenth Supplementary Rule 26(a)(1) Disclosures |
| Exhibit 2 | Email from Ms. Donnell to Mr. Scahill dated Feb. 19, 2020 |
| Exhibit 3 | RFC Andersen 8 - Legace address on police report 1980 |
| Exhibit 4 | Dr. Patil Heritage Medical Center Records (Filed Under Seal) |
| Exhibit 5 | Google Print Map - 4957 S. Ashland |
| Exhibit 6 | Leticia Bertaud Deposition |
| Exhibit 7 | Drew Froeter Deposition |
| Exhibit 8 | Andrew Gladkowski Deposition |
| Exhibit 9 | Wendy Maag Deposition |
| Exhibit 10 | Diane Grabowski Deposition |
| Exhibit 11 | Mary Hilbert Deposition (11/10/2017) |
| Exhibit 12 | Mary Hilbert Deposition (05/08/2018) |
| Exhibit 13 | Michael Kolodzinski Deposition |
| Exhibit 14 | Kathy Madigan Deposition (08/22/2018) |
| Exhibit 15 | Lucy Trunko Trial Testimony in *State v. Andersen*, No. 81 I 1405 |

1

| | |
|---|---|
| Exhibit 16 | Carl Trunko Deposition |
| Exhibit 17 | *State v. Andersen*, No. 81 I 1405, Excerpt from Trial Transcript dated Mar. 1, 1982 |
| Exhibit 18 | John Kelly Deposition |
| Exhibit 19 | Andrea Haepp Deposition (Filed Under Seal) |
| Exhibit 20 | Hon. Jeff Erickson Deposition |
| Exhibit 21 | City of Chicago's Response to Plaintiff's Set of Fourth Interrogatory Requests |
| Exhibit 22 | Defendants Higgins' & McWeeny's Supplementary Report dated Jan. 24, 1980 |
| Exhibit 23 | Diane Mottier Deposition |
| Exhibit 24 | Prison Review Board Letter from James K. Williams dated Dec. 13, 1993 |
| Exhibit 25 | Mandatory Supervised Release Agreement |
| Exhibit 26 | Mark Brady Deposition |
| Exhibit 27 | Agreement to Conditions of Participation in Sex Offender Treatment Program (Filed Under Seal) |
| Exhibit 28 | Keir Goatley Deposition |
| Exhibit 29 | Midwest Clinical Counseling Determination Summary (Filed Under Seal) |
| Exhibit 30 | Midwest Clinical Counseling Status Report dated Dec. 12, 2007 (Filed Under Seal) |
| Exhibit 31 | Mark Schafer Deposition |
| Exhibit 32 | Daniel Andersen Deposition (08/02/2018) |
| Exhibit 33 | Excerpted Pages from Parole Monitoring |
| Exhibit 34 | Craig Findley Deposition |
| Exhibit 35 | Midwest Clinical Counseling Status Report dated Aug. 7, 2007 - (Filed Under Seal) |
| Exhibit 36 | Psychophysiological Detection of Deception Examination - (Filed Under Seal) |
| Exhibit 37 | Midwest Clinical Counseling Incident Report- (Filed Under Seal) |

| | |
|---|---|
| Exhibit 38 | Agent Content Sheet Excerpt |
| Exhibit 39 | Robert Jewsbury Deposition |
| Exhibit 40 | Daniel Andersen Deposition (08/17/2017) |
| Exhibit 41 | Michael Riley Deposition |
| Exhibit 42 | *Andersen v. City of Chicago, et al.*, No. 16 cv 1963, Daubert Hearing Transcript dated Jan. 9, 2020 |
| Exhibit 43 | Defendant Officers' Responses to Plaintiff's First Set of Interrogatory Requests |
| Exhibit 44 | Defendant Officers' Responses to Plaintiff's First Set of Interrogatory Requests |
| Exhibit 45 | City of Chicago's Response to Plaintiff's Sixth Set of Interrogatory Requests |
| Exhibit 46 | Hon. Neil Cohen Deposition |
| Exhibit 47 | Mary Andersen Deposition (11/30/2017) |
| Exhibit 48 | James Higgins Deposition (07/20/2017) |
| Exhibit 49 | Daniel McWeeny Deposition (07/21/2017) |
| Exhibit 50 | *Fields v. City of Chicago*, No. 10 CV 1168 (N.D. Ill.) (Verdict Form) |
| Exhibit 51 | *Fields v. City of Chicago*, No. 10 CV 1168 (N.D. Ill.) (Verdict Summary) |
| Exhibit 52 | *Fields v. City of Chicago*, No. 10 CV 1168 (N.D. Ill.) (Jury Instructions) |
| Exhibit 53 | *Rivera v. Guevarra*, No. 12 CV 4428 (N.D. Ill.) (Verdict Form) |
| Exhibit 54 | *Rivera v. Guevarra*, No. 12 CV 4428 (N.D. Ill.) (Jury Instructions) |
| Exhibit 55 | *Rivera v. Guevarra*, No. 12 CV 4428 (N.D. Ill.) (Minute Order, Jury Verdict) |
| Exhibit 56 | *Kluppelburg v. City of Chicago*, No. 13 CV3963 (N.D. Ill.) (Order Applying Collateral Estoppel) |
| Exhibit 57 | John Olson Deposition (06/06/2017) |
| Exhibit 58 | *Palmer v. City of Chicago*, No. 82 CV 2349 (Temporary Restraining Order dated Apr. 16, 1982) |

| | |
|---|---|
| Exhibit 59 | *State v. Andersen*, No. 81 I 1405, Excerpt from Post-Trial Motions Transcript dated Apr. 19, 1982 |
| Exhibit 60 | *Palmer v. City of Chicago*, No. 82 CV 2349 (Preliminary Injunction Order dated Mar. 31, 1982) |
| Exhibit 61 | Defendants' Initial Joint Rule 26(a)(1) Disclosures (05/07/2015) |
| Exhibit 62 | Sgt. Brady and Sgt. Tolley Street File Memo |
| Exhibit 63 | *Palmer v. City of Chicago*, No. 82 CV 2349 (Order dated Apr. 27, 1983) |
| Exhibit 64 | *Andersen v. City of Chicago, et al.*, No. 16 cv 1963, Daubert Hearing Testimony dated Jan. 17, 1983 |
| Exhibit 65 | Dr. Goebel Report dated Mar. 27, 1978 |
| Exhibit 66 | Dr. Goebel Deposition |
| Exhibit 67 | Letter to Counsel dated Jan. 20, 2017 |
| Exhibit 68 | Letter to Counsel dated Feb. 6, 2017 |
| Exhibit 69 | Email to Counsel dated Feb. 27, 2020 |
| Exhibit 70 | Kathy Madigan Deposition (07/17/2018) |
| Exhibit 71 | Plaintiff's Supplemental Objections and Responses to Defendant McWeeny's Second Set of Interrogatory Response McWeeny |
| Exhibit 72 | Maurice Possley, Archives Operation Greylord A federal probe of court corruption sets the standard for future investigation |
| Exhibit 73 | Sheila Murphy Deposition (02/14/2017) |
| Exhibit 74 | Questions on juror background checks bring Chicago's top attorney to court - Chicago Tribune |
| Exhibit 75 | GO Access to Computerized Data |
| Exhibit 76 | Medical Examiner's Post-Mortem Report re: Trunko homicide |
| Exhibit 77 | Plaintiff's Sixth Set of Interrogatory Requests |

RESPECTFULLY SUBMITTED,

/s/ Jon Loevy
*One of Plaintiff's Attorneys*

Jon Loevy
Arthur Loevy
Heather Lewis Donnell
Roshna Bala Keen
Josh Tepfer
Lindsay Hagy
John Hazinski
LOEVY & LOEVY
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607

5