IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL ANDERSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 16 CV 1963 |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Judge Virginia M. Kendall |
| | ) | |
| Defendants. | ) | Magistrate Judge Maria Valdez |

**NOTICE OF MOTION**

To: Attorneys of Record

On June 2, 2021, at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Kendall, or any judge sitting in her stead, in the courtroom usually occupied by her in Room 2503 of the United States District Court, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present the attached Defendants' Motion to Bar Craig Findley from Testifying Regarding the Reasons and Steps to Re-Incarcerate a Parolee for a Parole Violation.

Name: BORKAN & SCAHILL, LTD.
Attorney for: Defendants
Address: 20 South Clark, Suite 1700
City: Chicago, IL 60603
Telephone: (312) 580-1030
Atty No: SBB (6193463)
TPS (6287296)

**PROOF OF SERVICE BY CM/ECF**

I certify that I served this Notice by electronically mailing a copy to each person to whom it is directed at the address above indicated by using the CM/ECF system on June 1, 2021

/s/ **Misha Itchhaporia**
Misha Itchhaporia
Special Assistant Corporation Counsel